# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **SHANNON MICHELLE LONG,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | NO. 3:22-cv-00652 |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | **JUDGE CAMPBELL** |
| *Acting Commissioner of Social Security* | ) | **MAGISTRATE JUDGE HOLMES** |
| **Defendant.** | ) | |

## ORDER

Plaintiff Shannon Michelle Long filed this action pursuant to 42 U.S.C. §§ 405(g) and 1383(c) seeking judicial review of the final decision of the Social Security Administration denying her disability claim. After reviewing the record, Defendant has filed a Motion for Entry of Judgment (Doc. No. 16), stating that the case should be remanded to the Commissioner for further proceedings. Defendant's Motion requests that the Court reverse the decision of the Administrative Law Judge and remand the case to the Commissioner for further evaluation under sentence four of section 205(g), 42 U.S.C. § 405(g). Plaintiff does not oppose Defendant's request.

Accordingly, Defendant's motion to reverse the decision of the Administrative Law Judge and remand the case (Doc. No. 16) is **GRANTED**. This case is hereby remanded to the Commissioner for further proceedings under sentence four, 42 U.S.C. § 405(g).

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE